UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

BRIAN KEITH SCOTT
(DOC #328025)

CRIMINAL

NO. 93-36-A

**RULING
ON MOTION TO VACATE, SET ASIDE, OR CORRECT
SENTENCE PURSUANT TO 28 U.S.C. §2255**

The court has carefully considered all the pleadings, including the letter of the defendant (doc. 43), the record, the law applicable to this action, and the Report and Recommendation (doc. 48) of United States Magistrate Judge Stephen C. Riedlinger dated October 16, 2007, to which no objection has been filed, and hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the court finds that the defendant's letter (doc. 43) was erroneously filed as a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, and that no further action by the court is required or needed.

Baton Rouge, Louisiana, November 8, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA